IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO.  3:22-CV-577-N |
| v. | |
| APPROXIMATELY $1,044,080 SEIZED FROM A BINANCE ACCOUNT IN THE NAME OF "EVEGNII POLIANIN" | |
| Defendant *in rem*. | |

## **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE**

The Court issues these Judgments pursuant to its Order, filed earlier today.

Accordingly it is, hereby, **ordered, adjudged** and **decreed** that:

1.      A default judgment is entered against any right, title, and interest in the

Defendant Property for all the following known and unknown individuals:

      a.   Yevgeniy Igorevich Polyanin, a/k/a Evgeniy Polyanin, a/k/a Evegnii

         Igorevich Polianin

2.      A final judgment is entered forfeiting all right, title, and interest in the

following property to the United States:

      a.   Approximately $1,044,080 seized from a Binance account in the

         name of "Evegnii Polianin"

3.      The Attorney General, or his designee, is authorized to dispose of the forfeited property in accordance with law.

Signed this 6th day of November 2023.

**DAVID N. GODBEY**
**CHIEF UNITED STATES DISTRICT JUDGE**